| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA, | CASE NO. 7:21-cv-08769-CS |

                              Plaintiff,

   -against-

NORTHERN TREE SERVICE II INC

                              Defendant

## JUDGMENT

     Upon the reading and filing of the motion of the United States of America for an Order granting a default judgment in favor of the Plaintiff and against the Defendant Nothern Tree Service II Inc. pursuant to Rule 55(b)(2) and Local Rule 55.2 upon the grounds of Defendant's default, and upon the affirmation of John Manfredi, and the affidavit of LaTissa L. Usual-Brown, sworn to on March 3, 2022, the Certificate of Indebtedness of Regina Crisafulli, sworn to on February 23, 2022,  and upon all the papers and proceedings filed in this Court, and upon the terms of the record set forth on May 6th, 2022, and due deliberation having been had thereon,

      NOW, on motion of Manfredi Law Group, PLLC attorney for the Plaintiff, it is

     ORDERED, that the Plaintiff's motion for a default judgment be and the same is in all respects granted in its entirety, and it is further

     ORDERED and ADJUDGED that judgment is hereby entered in favor of the Plaintiff and against the Defendant Northern Tree Service II Inc. with offices at 12 Lindberg Rd, Stony Point, NY 10980, for the principal sum of $45,092.30 plus accrued interest at $4.17 per diem from February 24, 2022 through the date of judgment entry in the sum of $296.07, plus $0.69 per diem

from February 24, 2022 through the date of judgment entry in the sum of $48.99 for a total judgment of $45,437.69, and that Plaintiff have execution thereon. Interest shall accrue on the judgment thereafter pursuant to 28 U.S.C. § 1961(b) from the date of entry of judgment.

DATED: White Plains, New York
        May 6, 2022

ENTER:

_____
Honorable Cathy Seibel
UNITED STATES DISTRICT JUDGE